UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

       Plaintiff,                      Case No. 1:13-cv-1227

v.                                      HON. JANET T. NEFF

ANDREW D. STACER,

       Defendant.
_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 17 U.S.C. § 101. Plaintiff filed a Motion for Preliminary Injunction and Temporary Restraining Order (Dkt 1). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 14, 2013, recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 6) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Dkt 1) is DENIED.


Dated: December 6, 2013                              /s/Janet T. Neff
                                                           JANET T. NEFF
                                                           United States District Judge