UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

    Plaintiff,                                    Case No. 1:13-cv-1227

v.                                               HON. JANET T. NEFF

ANDREW D. STACER,

    Defendant.
_____/

## ORDER

This is a civil action filed by a *pro se* litigant. Defendant filed a Motion to Dismiss and to Hold Plaintiff in Contempt of Court (Dkt 10) and a Supplemental Motion to Dismiss and to Hold Plaintiff in Contempt of Court (Dkt 14). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on May 9, 2014, recommending that this Court grant in part and deny in part the motions, and this matter be dismissed. The Report and Recommendation was duly served on the parties. No timely objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss and to Hold Plaintiff in Contempt of Court (Dkt 10) and Supplemental Motion to Dismiss and to Hold Plaintiff in Contempt of Court (Dkt 14) are GRANTED IN PART AND DENIED IN PART. Specifically, Defendant's

motions for contempt are denied and Defendant's motions to dismiss for improper venue are granted, and this matter is dismissed.

A Judgment will be entered consistent with this Order.

Dated: June 3, 2014        /s/ Janet T. Neff
                          JANET T. NEFF
                          United States District Judge